WILSON v. CENTRAL INS. CO., Limited. (Supreme Court, Appellate Division, First Department. October 13, 1911.) Action by James Wilson against the Central Insurance Company, Limited. No opinion. Motion denied, with $10 costs. Settle order on notice. See, also, 122

App. Div. 923, 108 N. Y. Supp. 1150; 135 App. Div. 649, 119 N. Y. Supp. 955.